UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:02-CV-P70-J

JEROME EDWARD FRANKLIN and
RICHARD RAWLINS                                               PLAINTIFFS

v.

CHRISTIAN COUNTY, et al.                                      DEFENDANTS

### ORDER

This matter is before the Court on the motion of Defendants, Christian County, et alia, for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the ground that because Plaintiffs failed to allege exhaustion of the available administrative remedies available in the Christian County Jail, the complaint should be dismissed under 42 U.S.C. § 1997e.

By Order entered this date, the Court granted a voluntary dismissal to Plaintiff, Jerome Edward Franklin.

Plaintiff, Richard Rawlins, has not filed an opposing memorandum in response to the motion, which was due July 9, 2003, pursuant to Local Rule 7.1. (Plaintiff Rawlins filed a motion for a ten-day extension on July 14, 2003 to respond to an unknown letter from Magistrate Judge King; this motion did not include a case caption or certificate of service. See the Court's Order entered this same date disregarding the motion pursuant to the Court's scheduling order, entered April 8, 2003.) Local Rule 7.1 provides that failure to file an opposing memorandum may be grounds for granting the motion.

The Court, having considered the memorandum in support of the motion for summary judgment, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment, pursuant to Rule 56, is **GRANTED**, there being no genuine issue as to any material fact and the moving party being entitled to judgment as a matter of law; and the action is **DISMISSED without prejudice**, pursuant to 42 U.S.C. § 1997e;

**IT IS FURTHER ORDERED** that leave to appeal to the United States Court of Appeals for the Sixth Circuit *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) on the ground that such appeal would be frivolous and, thus, would not be taken in good faith.

This 16th day of October 2003.

EDWARD H. JOHNSTONE, SENIOR JUDGE
UNITED STATES DISTRICT COURT



ENTERED

OCT 2 0 2003

JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK

cc:     Plaintiffs, *pro se*
        Defendants, by counsel

4408.007